### HUTCHINGS ET AL. *vs.* THE REAL ESTATE BANK.

HELD, that, in an action *ex contractu* against two or more, all being served with process, the plaintiff cannot take judgment against *part*, by default, omitting the others.